UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
RODRIGUEZ-PEREZ, JACK T.

Case No.: 18-29188-ABA
Chapter: 7
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on December 11, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 5540 WALNUT STREET, MERCHANTVILLE NJ 08109 (FMV $150,550.00)<br>1/2 INTEREST IN: 6645 GILLESPIE ST, PHILADELPHIA, PA  (FMV: 105,000.00) |
|---|---|

| Liens on property: | $140,660.00-PENNYMAC MTG (NJ R/E)<br>$113,880.00- SANTANDER (PA R/E) |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 (NJ R/E) |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:         Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:  
Jack T. Rodriguez-Perez  
    Debtor

Case No. 18-29188-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Nov 13, 2018  
                      Form ID: pdf905    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.

```
db              +Jack T. Rodriguez-Perez,    5540 Walnut Street,    Merchantville, NJ 08109-2137
517779214        American Express,    PO Box 981535,    El Paso, TX 79998-1535
517779215       +American Express Legal,    Anthony Migliaccio,    500 N. Franklin Tpke,    Po Box 278,
                  Ramsey, NJ 07446-0278
517779216       +BB&T Loan Servicing,    MC:100-50-02-57,    PO Box 2306,    Wilson, NC 27894-2306
517779217       +BMW Bank of North America,    c/o Vital Recovery Services LLC,    P.O. Box 923747,
                  Norcross, GA 30010-3747
517779220      #+Credit Management LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
517779221        FirstSource Advantage LLC,    PO Box 628,    Buffalo, NY 14240-0628
517779223        International Interval,    Timeshare Vacation,    USA World Headquarters,    6262 Sunset Drive,
                  Miami, FL 33143-4843
517779224       +Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517779225       +Merdelin M. Rodriguez,    6645 Gillespie Street,    Philadelphia, PA 19135-2716
517779227        Pennymac Loan Services LLC,    PO Box 660929,    Dallas, TX 75266-0929
517779228       +Santander,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
517779233      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO. Box 9490,
                  Cedar Rapids, IA 52409-9490)
517779234        US Dept of Education,    PO Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:02      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:36:59      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517829949        E-mail/Text: bankruptcy@bbandt.com Nov 14 2018 01:36:20      BB&T,    PO Box 1847,
                  Wilson NC 27894
517779218       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 01:42:14
                  Capital One Bank USA NA,    4851 Cox Road,    Glen Allen, VA 23060-6293
517779219       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 01:42:15      Capital One Services,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
517779226       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:58      Midland Funding LLC,
                  2365 Northside Drive Ste 300,    San Diego, CA 92108-2709
517779229       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:07      SYNCB/PayPal Smart Conn,
                  Po Box 9650005,    Orlando, FL 32896-0001
517784476       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:07      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517779230        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:42:07      Synchrony Bank/Amazon,
                  Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517779232        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:07      Synchrony Bank/PC Richard & Sons,
                  Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517779231        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:42:07      Synchrony Bank/Pay Pal,
                  PO Box 965005,    Orlando, FL 32896-5005
                                                                                               TOTAL: 11
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
517779222     ##+Global Client Solutions LLC,    4500 S 129th E Ave Ste 175,    Tulsa, OK 74134-5870
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 2 of 2               Date Rcvd: Nov 13, 2018
                              Form ID: pdf905            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2018 at the address(es) listed below:
              Andrew  Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor Jack T. Rodriguez-Perez wilson.schroedinger@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```