**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jack T. Rodriguez–Perez | Social Security number or ITIN  xxx–xx–7708 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–29188–ABA | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jack T. Rodriguez–Perez

2/1/19    **By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Jack T. Rodriguez-Perez  
     Debtor

Case No. 18-29188-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 01, 2019  
                   Form ID: 318     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
```
db             +Jack T. Rodriguez-Perez,    5540 Walnut Street,    Merchantville, NJ 08109-2137
517779215      +American Express Legal,    Anthony Migliaccio,    500 N. Franklin Tpke,    Po Box 278,
                 Ramsey, NJ 07446-0278
517779216      +BB&T Loan Servicing,    MC:100-50-02-57,    PO Box 2306,    Wilson, NC 27894-2306
517779217      +BMW Bank of North America,    c/o Vital Recovery Services LLC,    P.O. Box 923747,
                 Norcross, GA 30010-3747
517779223       International Interval,    Timeshare Vacation,    USA World Headquarters,    6262 Sunset Drive,
                 Miami, FL 33143-4843
517779225      +Merdelin M. Rodriguez,    6645 Gillespie Street,    Philadelphia, PA 19135-2716
517779227       Pennymac Loan Services LLC,    PO Box 660929,    Dallas, TX 75266-0929
517779228      +Santander,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
517779232       Synchrony Bank/PC Richard & Sons,    Attn: Bankruptcy Dept,    Po Box 965061,
                 Orlando, FL 32896-5061
517779234       US Dept of Education,    PO Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517779214       EDI: AMEREXPR.COM Feb 02 2019 06:28:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
517829949       E-mail/Text: bankruptcy@bbandt.com Feb 02 2019 02:05:00      BB&T,    PO Box 1847,
                 Wilson NC 27894
517779218      +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Bank USA NA,    4851 Cox Road,
                 Glen Allen, VA 23060-6293
517779219      +EDI: CAPITALONE.COM Feb 02 2019 06:28:00      Capital One Services,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517779220      +EDI: CMIGROUP.COM Feb 02 2019 06:28:00      Credit Management LP,    4200 International Pkwy,
                 Carrollton, TX 75007-1912
517779221       EDI: FSAE.COM Feb 02 2019 06:28:00      FirstSource Advantage LLC,    PO Box 628,
                 Buffalo, NY 14240-0628
517779224      +EDI: TSYS2.COM Feb 02 2019 06:28:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
517779226      +EDI: MID8.COM Feb 02 2019 06:28:00      Midland Funding LLC,    2365 Northside Drive Ste 300,
                 San Diego, CA 92108-2709
517779229      +EDI: RMSC.COM Feb 02 2019 06:28:00      SYNCB/PayPal Smart Conn,    Po Box 9650005,
                 Orlando, FL 32896-0001
517784476      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517779230       EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
517779231       EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank/Pay Pal,    PO Box 965005,
                 Orlando, FL 32896-5005
517779233       EDI: TFSR.COM Feb 02 2019 06:28:00      Toyota Financial Services,    PO. Box 9490,
                 Cedar Rapids, IA 52409-9490
                                                                                               TOTAL: 15
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517779222      ##+Global Client Solutions LLC,    4500 S 129th E Ave Ste 175,    Tulsa, OK 74134-5870
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2019
                               Form ID: 318             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kimberly A. Wilson    on behalf of Debtor Jack T. Rodriguez-Perez wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```